■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NELSON FIGUEROA, Appellant. [64 NYS3d 540]—

Order, Supreme Court, New York County (Larry R.C. Stephen, J.), entered on or about September 10, 2015, which adjudicated defendant a level three sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously modified, on the law, to the extent of reducing the classification to that of a level two offender, and otherwise affirmed, without costs.

As the People apparently concede, the record does not support the court's point assessments for use of a dangerous instrument and for multiple victims. Accordingly, defendant's correct point score is 100, which supports a level two adjudication. We reject the People's request for an upward departure, as the aggravating factors they cite have either been adequately taken into account by the guidelines or are insufficiently indicative of sexual recidivism. Concur—Richter, J.P., Kapnick, Webber, Oing and Singh, JJ.